# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| TRAVIS DEMOYNE BROWN, Plaintiff, | ) ) ) |
| vs. | ) No. 3:17-CV-0787-D ) |
| DR. NEIL SPRING, et al., Defendants. | ) ) ) |

## ORDER

After making an independent review of the pleadings, files, and records in this case, and the findings, conclusions, and recommendation of the magistrate judge, the court concludes that the findings and conclusions are correct. It is therefore ordered that the findings, conclusions, and recommendation of the magistrate judge are adopted.

Plaintiff's May 4, 2017 post-judgment application to proceed in district court without prepaying fees or costs is liberally construed as a motion to reopen this closed case under Fed. R. Civ. P. 60(b), and is denied.

**SO ORDERED**.

May 30, 2017.

SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE